IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :        MISCELLANEOUS
DERMIR CALCEDO MOSGUERA                            :        NO. 02-mc-193

<u>ORDER</u>

AND NOW, this          day of                  2002, it appearing that on July 24, 2002, petitioner filed a document in this court labeled "Motion for Emergency Release," which is frivolous on its face, it is hereby

ORDERED that petitioner is granted <u>provisional</u> leave to proceed in forma pauperis for the purposes of <u>this Order only</u>, and, it is further

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

_____
JOHN R. PADOVA, J.